UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADRIAN HOLLIS, #264050,                )
     Plaintiff,                        )
                                       )     No. 1:14-cv-580
-v-                                     )
                                       )     HONORABLE PAUL L. MALONEY
SCOTT HOLMES, M.D. ET AL.,              )
     Defendants.                       )
_____ )

## JUDGMENT

     Having granted Defendants' motion for summary judgment, as required by Federal Rule of

Civil Procedure 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

     **THIS ACTION IS TERMINATED.**
     **IT IS SO ORDERED.**


Date:  March 17, 2016               /s/ Paul L. Maloney     
                                           Paul L. Maloney
                                         United States District Judge